**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

In re Donnie Jones
    Debtor.                                      Case Number 12-32675
                                                                      Chapter 13

**Notice of Deficient Application for Payment of Unclaimed Funds**

CLAIMANT: Vernell Jones

CLAIM AMOUNT: Unknown

Your application for payment of unclaimed funds cannot be processed for the following reason(s):

☐   The application is not notarized.

☐   A current photo ID is not included with the application.

☐   The payment address on the application does not match the address for payment on the AO-213, AO-213P, or W-9.

☐   The application does not give a complete history of ownership from the original claimant to the party requesting the funds.

☐   There is no notarized statement of the signing representative's authority in the package.

☐   There is no proof of the signing representative's identity in the package.

☒   Other: An Application for Unclaimed Funds must be submitted. This document can be located at https://www.almb.uscourts.gov/unclaimed-funds. Additionally, certified copies of probate documents authorizing you to act on behalf of the decedent or the decedent's estate in accordance with applicable state laws must be submitted.

The claimant must submit either the information and/or documentation listed above or must submit a written request to extend the deadline by June 29, 2020. If the court does not timely receive the new information and/or documentation, the court will deem the application withdrawn and will take no further action on it. The claimant may submit a new application if he or she wants to begin a new review process.

Send information, documentation, or requests for extension of time to the following address:

                            Clerk, U.S. Bankruptcy Court
                            Attn: Financial Department
                            One Church Street
                            Montgomery, AL 36104

Dated October 19, 2020

                                                                          Juan-Carlos Guerrero
                                                                           Clerk of Court